PETER O. DUNCAN, Respondent, *v.* JOHN E. MCMURTRY et al., Copartners under the Name of JOHN E. MCMURTRY & Co., Appellants.

(Argued October 16, 1934; decided November 20, 1934.)

*John J. Cunneen* for appellants.

*Hamilton M. Dawes* and *A. Amasa Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: CRANE and LEHMAN, JJ.